729 A.2d 426
IN THE MATTER OF FREDERICK F. FITCHETT,
III, AN ATTORNEY AT LAW.

May 12, 1999.

## ORDER

The Disciplinary Review Board on December 22, 1998, having filed with the Court its decision concluding that **FREDERICK F. FITCHETT, III,** of **VOORHEES,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and good cause appearing;

It is ORDERED that **FREDERICK F. FITCHETT, III,** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.